UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY ALLEN ROWE, )<br>                Plaintiff, )<br>  vs. )<br>                          )<br>SGT. ROB MARSHALL, )<br>                Defendant. ) | 1:04-cv-1711-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/12/2005

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jeffrey A. Rowe, 1515 E. 8th Street, Michigan City, IN 46360
Todd Weaver, Office of the Indiana Attorney General, Indiana Government Center
    South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770